2 So.2d 326

## Matt GREEN v. STATE.
### 7 Div. 656.

Supreme Court of Alabama.
April 17, 1941.

Rehearing Denied May 29, 1941.

E. L. Roberts and Motley & Motley, all of Gadsden, for petitioner.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

BROWN, Justice.

The petition seeks to review the Court of Appeals on a conclusion of fact.

The writ is denied on the authority of Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.